UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAR DIAMONDS INTERNATIONAL LLC *et al.*,

              Plaintiffs,

– against –

UR MENDOZA JADDOU, ALEJANDRO MAYORKAS, *and* MARY ELIZABETH BRENNAN SENG

              Defendants.

**ORDER**

23-cv-03040 (ER)

Ramos, D.J.:

    At the premotion conference held on November 14, 2023, the Court granted Plaintiffs' request for leave to file an amended complaint by November 27, 2023 and directed Defendants to answer or otherwise move by December 12, 2023.  Nov. 14, 2023 Minute Entry.  Since then, there has been no activity in this case.

    Plaintiffs are directed to submit a status letter by no later than July 17, 2024.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   July 9, 2024
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.